UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RHONDA MARTIN BROOKS

VERSUS

CAROLYN COLVIN,
COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 15-44-JWD-RLB

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued June 15, 2016, to which no objection was filed:

**IT IS ORDERED** that the Commissioner's decision is VACATED, and Plaintiff's appeal is REMANDED for further proceedings consistent with this opinion.

Signed in Baton Rouge, Louisiana, on July 6, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**